IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS BUTLER and
KIMBERLY BUTLER,
individually and on behalf of
all other similarly situated

            Plaintiffs,

v.

WELLS FARGO BANK, N.A.,
WELLS FARGO INSURANCE CO.,      No. 13-cv-1057-DRH-SCW
QBE INSURANCE CORPORATION,
and FIRST INSURANCE AGENCY, INC.,

            Defendants.

## ORDER

This cause comes before the Court pursuant to a Notice of Voluntary Dismissal (Doc. 56) filed by the parties under FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii). Although plaintiffs' complaint alleged claims on behalf of both nationwide and state-specific classes of plaintiffs, the Court failed to certify any class in this case.[1] Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS**. The claims of the

---

[1] Having not certified a class of plaintiffs in this action under FED. R. CIV. P. 23(b)(3), the parties need not seek the Court's approval of their settlement, voluntary dismissal, or compromise. *See* FED. R. CIV. P. 23(e).

putative class members are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is **DIRECTED** to enter judgment in this case accordingly.

**IT IS SO ORDERED.**

Signed this 22nd day of January, 2015.

Digitally signed by David R. Herndon
Date: 2015.01.22 11:47:27 -06'00'

**United States District Judge**