UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**THOMAS BUTLER and
KIMBERLY BUTLER**,
individually and on behalf of
all others similarly situated.

    **Plaintiffs,**

v.

**WELLS FARGO BANK, N.A.,
WELLS FARGO INSURANCE CO.,
QBE INSURANCE CORPORATION,
and FIRST INSURANCE AGENCY, INC.,**

    **Defendants.**        No. 13-cv-1057-DRH-SCW

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court on Plaintiffs' Stipulation of Voluntary Dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on January 22, 2015 (Doc. 57), this case is **DISMISSED WITH PREJUDICE** as to all parties.  Each party shall bear its own costs.  The claims of the putative class members are hereby **DISMISSED WITHOUT PREJUDICE**.

                          **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                          BY:  /s/*Cheryl A. Ritter*
                              **Deputy Clerk**

Dated:  January 27, 2015

Digitally signed by
David R. Herndon
Date: 2015.01.27
16:30:03 -06'00'

**APPROVED:**
        **U. S. DISTRICT JUDGE**